UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ISAAC BEDWELL LEEDS,<br>Petitioner,<br>v.<br>WILLIAM MUNIZ,<br>Respondent. | NO. CV 16-8669-CJC (AGR)<br><br>ORDER OF DISMISSAL |

On June 26, 2017, the Court entered an Order Accepting the Findings and Recommendation of the Magistrate Judge, and granted Respondent's motion to dismiss the Petition for Writ of Habeas Corpus with leave to amend within 30 days after entry of the Order. (Dkt. No. 13.) Specifically, the Report and Recommendation found that the Petition failed to specify any discernible ground for relief and failed to comply with Rule 2 of the Rules Governing Section 2254 Cases. (Dkt. No. 11); *see Barnett v. Duffey*, 621 Fed. Appx. 496, 497 (9th Cir. 2015) (affirming dismissal), *cert. denied*, 136 S. Ct. 1390 (2016).

This Court's Order warned Petitioner that this action will be dismissed if he did not file a timely First Amended Petition for Writ of Habeas Corpus. (Dkt. No. 13.) The Order directed the Clerk to send Petitioner a habeas corpus packet for state prisoners. (Dkt. No. 13-1.)

1 | Petitioner has not filed a timely First Amended Petition for Writ of Habeas Corpus, a request for an extension of time to do so or any other response to the Order.  Accordingly,

IT IS HEREBY ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice.

DATED: August 11, 2017

CORMAC J. CARNEY
United States District Judge