JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ISAAC BEDWELL LEEDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM MUNIZ,<br><br>　　　　　Defendants. | NO. CV 16-8669-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 11, 2017

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　United States District Judge